■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RIOLLANO, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on May 3, 1985, unanimously affirmed, and defendant's motion to relieve assigned counsel and to proceed *pro se* is denied. No opinion.

Concur—Sandler, J. P., Carro, Asch, Rosenberger and Ellerin, JJ.